UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:07-cr-0236 FCD |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Beverly Lattice BARRON, and | ) | |
| Sean Tyrone DAVIS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus:

    (X) Ad Prosequendum          ( ) Ad Testificandum

| | |
|---|---|
| Name of Detainee: | **Sean Tyrone DAVIS, CDC No. F86032** |
| Detained at (custodian): | Pleasant Valley State Prison |
| | 24863 W. Jayne Avenue, P.O. Box 8500 |
| | Coalinga, California 93210 |

Detainee is:   a.)   ( ) charged in this district by:   (X) Indictment   ( ) Information   ( ) Complaint
            charging detainee with: sex trafficking of a minor.
    or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
     or   b.)   (X) be retained in federal custody until final disposition of federal charges.

*Appearance is necessary in the Eastern District of California to face prosecution on a drug trafficking indictment in Case No. 2:07-cr-0236 FCD.*

| | |
|---|---|
| Signature: | /s/ Jason Hitt |
| Printed Name & Phone No: | Jason Hitt  916-554-2751 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:  June 22, 2009

                      _____
                      FRANK C. DAMRELL, JR.
                      United States District Judge

_____

| | | | |
|---|---|---|---|
| Detainee: | **Sean Tyrone DAVIS, CDC No. F86032** | X Male | ___ Female |
| Detained at (custodian): | Pleasant Valley State Prison | | |
| Facility Address: | **ATTN: Litigation - Mr. Larry Macklin** | | |
| | 24863 W. Jayne Avenue, | | |
| | P.O. Box 8500 | | |
| | Coalinga, California 93210 | | |
| Facility Phone: | (916) 874-6752 | | |

_____

### RETURN OF SERVICE

Executed on   _____      By: _____