**Chris Cosca**
Law Offices of Chris Cosca
California State Bar Number 144546
1007 Seventh Street, Suite 210
Sacramento, CA 95814
Telephone: (916) 440-1010
Facsimile: (877) 440-1012
Email:       coscalaw@gmail.com

Attorney for Defendant
SHAWN TYRONE DAVIS

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>            Plaintiff,                            )<br>                                                          )<br>     vs.                                               )<br>                                                          )<br>SHAWN TYRONE DAVIS            )<br>            Defendant                        )<br>                                                          )<br>_____)  | Case No.: 2:07-CR-0236-FCD<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE**<br><br>**DATE:**    August 17, 2009<br>**TIME:**    10:00 a.m.<br>**JUDGE:**  Hon. Frank C. Damrell, Jr. |

## Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for August 17, 2009 may be continued to October 19, 2009 at 10:00 a.m. Additional time is necessary for counsel to review and analyze discovery, conduct investigation and obtain documents relating to defendant's history. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: August 11, 2009

            by  /s/ Chris Cosca
               Chris Cosca
               Attorney for Defendant
               SHAWN TYRONE DAVIS

DATED: August 11, 2009      by  /s/ Chris Cosca for
               Jason Hitt
               Assistant U. S. Attorney

## Order

Good cause appearing,

The status conference scheduled for August 17, 2009 is continued to October 19, 2009 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: August 11, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -