LAW OFFICES OF CHRIS COSCA
Chris Cosca    SBN 144546
1007 Seventh Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
SHAWN TYRONE DAVIS

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHAWN TYRONE DAVIS<br>　　　　Defendant | Case No.: 2:07-CR-0236-FCD<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br><br>**DATE:** October 19, 2009<br>**TIME:** 10:00 a.m.<br>**JUDGE:** Hon. Frank C. Damrell, Jr. |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for October 19, 2009 may be continued to December 14, 2009 at 10:00 a.m. Additional time is necessary for counsel to review and analyze discovery, conduct investigation and obtain documents relating to defendant's history. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

///

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: October 14, 2009

                                                  by   /s/ Chris Cosca
                                                          Chris Cosca
                                                          Attorney for Defendant
                                                          SHAWN TYRONE DAVIS

DATED: October 14, 2009                    by   /s/ Chris Cosca for
                                                          Jason Hitt
                                                          Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for October 19, 2009 is continued to December 14, 2009 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED:      October 15, 2009

                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE