LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
SHAWN TYRONE DAVIS

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>SHAWN TYRONE DAVIS,<br><br>  Defendant. | Case No.:  2:07-CR-0236-FCD<br><br>**STIPULATION AND ORDER TO**<br>**CONTINUE STATUS CONFERENCE**<br><br>**DATE:** February 22, 20010<br>**TIME:** 10:00 a.m.<br>**JUDGE:** Hon. Frank C. Damrell, Jr. |

## Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for February 22, 2010 be continued to April 19, 2010, at 10:00 a.m.. Additional time is necessary for counsel to review and analyze discovery, conduct investigation and obtain documents relating to defendant's history. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4.

///

///

///

- 1 -

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: February 16, 2010          by     /s/ Chris Cosca
                                          Chris Cosca
                                          Attorney for Defendant
                                          SHAWN TYRONE DAVIS


DATED: February 16, 2010          by     /s/ Chris Cosca for
                                          Jason Hitt
                                          Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for February 22, 2010 is continued to April 19, 2010 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.


IT IS SO ORDERED.

DATED: February 17, 2010          _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE

- 2 -