LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
SHAWN TYRONE DAVIS

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>SHAWN TYRONE DAVIS,<br><br>  Defendant. | Case No.: 2:07-CR-0236-FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**DATE:**   June 28, 20010<br>**TIME:**    10:00 a.m.<br>**JUDGE:**  Hon. Frank C. Damrell, Jr. |

## **STIPULATION**

The parties, through their undersigned counsel, stipulate that the status conference scheduled for June 28, 2010 be continued to September 13, 2010, at 10:00 a.m.. Additional time is necessary for counsel to review and analyze discovery, conduct investigation and obtain documents relating to defendant's history. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

///

- 1 -

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: June 23, 2010                by      /s/ Chris Cosca
                                            Chris Cosca
                                            Attorney for Defendant
                                            SHAWN TYRONE DAVIS


DATED: June 23, 2010                by      /s/ Chris Cosca for
                                            Jason Hitt
                                            Assistant U. S. Attorney


## **ORDER**

Good cause appearing,

The status conference scheduled for June 28, 2010 is continued to September 13, 2010 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.


IT IS SO ORDERED.

DATED:  June 23, 2010               _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

- 2 -