Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>SHAWN TYRONE DAVIS,<br><br>    Defendant | Case No.: CR. S-07-236 FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court: Hon. Frank C. Damrell, Jr.<br>Time: 10:00 a.m.<br>Date: March 7, 2011 |

   Defendant Shawn Tyrone Davis is charged in two counts of a four count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute cocaine base.  A status conference was previously set for January 4, 2011.   Counsel was recently appointed and requires additional time to review discovery and engage in defense investigation.  The parties request that the current status conference be continued to March 7, 2011, at 10:00 a.m. and that date is available with the Court.

///

///

///

-1-

The parties agree that time should be excluded until March 7, 2011 under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: January 1, 2011          Respectfully submitted,


　　　　　　　　　　　　　　　　　__/s/ Shari Rusk___
　　　　　　　　　　　　　　　　　Shari Rusk
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Shawn Tyrone Davis


　　　　　　　　　　　　　　　　　/s/ Jason Hitt
　　　　　　　　　　　　　　　　　Jason Hitt
　　　　　　　　　　　　　　　　　Assistant United States Attorney


**ORDER**

　　IT IS SO ORDERED.  The Court finds excludable time through March 7, 2011, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: January 3, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE