Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR. S-07-236 FCD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| vs. | ) |
| | ) Court:  Hon. Frank C. Damrell, Jr. |
| | ) Time:    10:00 a.m. |
| | ) Date:    June 27, 2011 |
| Shawn Tyrone Davis, | ) |
| | ) |
| Defendant. | |

_____

Defendant, Shawn Tyrone Davis, is charged in two counts of a four count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) & § 846 – Possession of Cocaine Base with Intent to Distribute.  A status conference was previously set for May 9, 2011.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to June 27, 2011, if that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h) (8)(i) for defense preparation and under local code T4.

/ / /

Dated: May 4, 2011                Respectfully submitted,


                                  __/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant
                                  Shawn Tyrone Davis



                                   /s/ Jason Hitt
                                  Jason Hitt
                                  Assistant United States Attorney




                                **ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through June 27, 2011, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: May 5, 2011

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE

-2-