Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR. S-07-236 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court: Hon. Frank C. Damrell, Jr.<br>) Time: 10:00 a.m.<br>) Date: September 19, 2011 |
| Shawn Tyrone Davis, | ) |
| Defendant. | |

Defendant, Shawn Tyrone Davis, is charged in two counts of a four count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) & § 846 – Possession of Cocaine Base with Intent to Distribute.  A status conference was previously set for June 27, 2011.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to September 19, 2011, at 10:00 a.m., and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h) (8)(i) for defense preparation and under local code T4.

/ / /

/ / /

-1-

Dated: June 23, 2011        Respectfully submitted,


           __/s/ Shari Rusk___
           Shari Rusk
           Attorney for Defendant
           Shawn Tyrone Davis


           /s/ Jason Hitt
           Jason Hitt
           Assistant United States Attorney


**ORDER**

    IT IS SO ORDERED.  The Court finds excludable time through September 19, 2011, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: June 24, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE