IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:07-cr-00236-KJM-2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| SHAWN TYRONE DAVIS, | ) | |
| Defendant. | ) | |

On April 30, 2018 the Court referred the Defendant's Letter (ECF #178) to the Federal Defender's Office, which determined there is a conflict. CJA Panel attorney Shari Rusk has agreed to take this case and is hereby appointed effective May 1, 2018, the date the Office of the Federal Defender first contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: May 10, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL        1