IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:07-cr-00236 KJM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| SHAWN TYRONE DAVIS, | ) | |
| Defendant. | ) | |

    This defendant appeared in the Fresno Division on May 2, 2023. The Federal Defender has determined the case should go to the panel. CJA Panel attorney Shari Rusk is hereby appointed effective June 13, 2023, the date the Office of the Federal Defender contacted this attorney.

    **APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated:  June 13, 2023

                                                 CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE